• AO 154 (10-03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

THE UNITED STATES OF AMERICA,
                Plaintiff(s),

V.

KENNETH GRIMES,
BRENDA ALLEN,
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CR 06-0269 VRW

Notice is hereby given that, subject to approval by the court, __BRENDA ALLEN__ substitutes
(Party(s) Name)

__PATRICIA POOLE-KHATIB__, State Bar No. __135270__ as counsel of record in
(Name of New Attorney)

place of __ATTORNEY LINNEA WILLIS__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LAW OFFICE OF PATRICIA POOLE-KHATIB
    Address: 21 Tate Terrace, Oakland, CA 94605
    Telephone: (510)633-9644     Facsimile (510)633-9992
    E-Mail (Optional): attypoolekhatib@sbcglobal.net

I consent to the above substitution.
Date: June 14, 2006
                                          (Signature of Party(s))

I consent to being substituted.
Date: June 14 2006
                                          (Signature of Former Attorney(s))

I consent to the above substitution.
Date: June 14 2006
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 21 June 2006
                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]