United States District Court
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8
9   UNITED STATES OF AMERICA,            )
                                         )
10                          Plaintiff,   )    CASE  CR 06-0269  VRW
                                         )
11              v.                       )
                                         )    **ORDER DISCONTINUING**
12  KENNETH GRIMES, BRENDA ALLEN,        )    **SERVICE BY MAIL**
                                         )
13                          Defendant,   )
                                         )
14                                       )
                                         )
15  _____)

16
17        In reviewing the file, it appears that counsel, Patricia Poole-Khatib  have failed to register

18  for electronic service in this E-Filing case.  The Court will no longer serve these counsel by mail. If

    they wish to be served with documents generated by the Court, they must register pursuant to Local
19
    Rule 5-4 and General Order 45.
20
21
22        **IT IS SO ORDERED.**

23
    Dated:  July 24, 2006
24
25                                                    VAUGHN R. WALKER
                                                      United States District Judge
26
27
28