UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>KENNETH GRIMES, BRENDA ALLEN,<br><br>            Defendant, | CASE CR 06-0269 VRW<br><br>**ORDER DISCONTINUING SERVICE BY MAIL** |

In reviewing the file, it appears that counsel, Patricia Poole-Khatib have failed to register for electronic service in this E-Filing case. The Court will no longer serve these counsel by mail. If they wish to be served with documents generated by the Court, they must register pursuant to Local Rule 5-4 and General Order 45.

**IT IS SO ORDERED.**

Dated: July 24, 2006

VAUGHN R. WALKER
United States District Judge